HIRAM THURSTON, Respondent, *v.* WILLARD E. HOOKWAY, Appellant.

*Thurston* v. *Hookway*, 46 App. Div. 634, affirmed.
(Argued October 14, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 9, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a trial.

*William Nottingham* for appellant.

*Ernest I. Edgcomb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

RUSSELL JOHNSON et al., Composing the Firm of JOHNSON BROTHERS, Appellants, *v.* WALTER D. HAWS, Respondent, Impleaded with Another.

SAME, Appellants, *v.* SAME, Respondent.

*Johnson* v. *Haws*, 47 App. Div. 597, affirmed.
(Argued October 14, 1901; decided November 1, 1901.)

APPEALS from two judgments of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1900, affirming two judgments in favor of defendant entered upon dismissals of the complaints by the court on trial at Special Term.

*Carlisle Norwood* for appellants.

*Vernon M. Davis* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.